No. 81–329.  SWANSBORO COUNTRY, INC. v. LUMBER-MAN'S MORTGAGE CO.  C. A. 9th Cir.  Certiorari denied.

No. 81–378.  WARINO v. UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 81–381.  RAMOCO INC. ET AL. v. WATT, SECRETARY OF THE INTERIOR, ET AL.  C. A. 10th Cir.  Certiorari denied.

No. 81–464.  VON MINDEN v. NUWES, DEPARTMENT OF THE NAVY.  C. A. 9th Cir.  Certiorari denied.

No. 81–468.  MISSOURI EX REL. MISSOURI PUBLIC SERVICE CO. v. FRAAS, CHAIRMAN, PUBLIC SERVICE COMMISSION OF MISSOURI, ET AL.  Ct. App. Mo., Western Dist.  Certiorari denied.

No. 81–487.  THOMAS v. SCHWARTZ.  C. A. 9th Cir.  Certiorari denied.

No. 81–489.  RUSSO v. CALIFORNIA.  Ct. App. Cal., 1st App. Dist.  Certiorari denied.

No. 81–492.  PAYNE v. UNITED STATES ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 81–494.  CAHALAN v. WALKER, PERSONAL REPRESENTATIVE OF ESTATE OF WALKER.  Sup. Ct. Mich.  Certiorari denied.

No. 81–511.  BRADLEY v. BRION CORPORATION OF NASHVILLE ET AL.  C. A. 6th Cir.  Certiorari denied.

No. 81–515.  CITY OF EASTLAKE ET AL. v. OHIO BOARD OF BUILDING STANDARDS ET AL.  Sup. Ct. Ohio.  Certiorari denied.